UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EM4, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | No. |
| | ) | |
| THERAFUSE, INC., | ) | 04 11774 NMG |
| Defendant. | ) | |



## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, plaintiff EM4, Inc., located in Burlington, Massachusetts, hereby certifies that (1) it has no parent company; and (2) no publicly held company owns 10 percent of more of its stock.

BOSTON 1962208v2

-2-

EM4, INC.,

By its attorneys,

_____
Anthony A. Scibelli (BBO #556507)
C. Alex Hahn (BBO #634133)
Scibelli & Whiteley, LLP
Old City Hall
45 School Street
3rd Floor
Boston, Massachusetts 02108
(617) 227-5725

-and-

Michael J. Summersgill (BBO #632816)
Christopher B. Zimmerman (BBO #653854)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: August 13, 2004