UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EM4, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>THERAFUSE, INC., )<br>)<br>Defendant. )<br>) | Civil Action No:. 04-11774-NMG |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff EM4, Inc. hereby dismisses this action.

No answer has been served in this action.

Respectfully submitted,

EM4, Inc.
By its attorneys,

/s/ Anthony A. Scibelli
Anthony A. Scibelli (BBO #556507)
C. Alex Hahn (BBO #634133)
Scibelli, Whiteley & Stanganelli, LLP
50 Federal Street, Fifth Floor
Boston, Massachusetts 02110
(617) 227-5725

-and-

Michael J. Summersgill (BBO #632816)
Christopher B. Zimmerman (BB) #653854)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: April 1, 2005